UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


LISA D. ALLIE,

          Movant,

v.                              CIVIL ACTION NO. 2:05-cv-0928
                                (Criminal No. 2:03-cr-250)

UNITED STATES OF AMERICA,

          Respondent.


O R D E R


          The court having received the proposed findings and
recommendation of the United States Magistrate Judge filed on
April 23, 2007, pursuant to the provisions of 28 U.S.C.
§ 636(b)(1)(B); and having reviewed the record in this
proceeding; and there being no objections filed by either the
United States or the movant to the proposed findings and
recommendation; and it appearing proper so to do, it is ORDERED
that the findings and conclusions made in the proposed findings
and recommendation of the magistrate judge be, and they hereby
are, adopted by the court.

          It is, accordingly, ORDERED that the movant's motion
pursuant to 28 U.S.C. § 2255 be, and it hereby is, dismissed
without prejudice.  It is further ORDERED that the movant's

motion pursuant to 28 U.S.C. § 2255 be, and it hereby is, deemed

not adjudicated on the merits for purposes of 28 U.S.C. § 2255.

       The Clerk is directed to forward copies of this order

to the movant, all counsel of record, and the magistrate judge.

       DATED: May 18, 2007

       John T. Copenhaver, Jr.
       United States District Judge

2